```
                   UNITED STATES DISTRICT COURT
                     DISTRICT OF CONNECTICUT


------------------------------x
                              :
LISA ANN BRUNDAGE             :   Civ. No. 3:14CV00032(SALM)
                              :
v.                            :
                              :
CAROLYN W. COLVIN, ACTING     :
COMMISSIONER OF SOCIAL        :
SECURITY                      :   August 13, 2015
                              :
------------------------------x
```

**RULING ON DEFENDANT'S MOTION FOR ENTRY OF JUDGMENT UNDER SENTENCE FOUR OF 42 U.S.C. §405(g) WITH REVERSAL AND REMAND OF THIS CASE TO THE DEFENDANT**

Defendant's Motion for Entry of Judgment Under Sentence Four of 42 U.S.C. §405(g) with Reversal and Remand of this Case to the defendant **[Doc. #18]** is **GRANTED** on consent pursuant to sentence four of 205(g) of the Social Security Act, 42 U.S.C. §405(g). Pursuant to the power of this Court to enter judgment affirming, modifying or reversing the Commissioner's decision with or without remand in Social Security actions under sentence four of Section 205(g) of the Social Security Act, 42 U.S.C. §405(g), and in light of the Government's unopposed request to remand this action for further administrative proceedings, it is ordered that this matter be remanded to the Commissioner.

Upon remand, the Appeals Council will remand this case to

1

an administrative law judge who is instructed to grant the claimant an opportunity for a hearing, and to issue a new decision.  Plaintiff consents to this remand.

Therefore, the Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. §405(g) with a remand of the case to the Commissioner for further proceedings.  See Shalala v. Schaefer, 509 U.S. 292 (1993); Melkonyan v. Sullivan, 501 U.S. 89 (1991).

The clerk of the court will enter a separate judgment pursuant to Fed. R. Civ. P. 58.

This is not a Recommended Ruling.  The parties consented to the entry of a final order and judgment by a Magistrate Judge on August 12, 2015. [Doc. #18].

SO ORDERED at New Haven this 13th day of August, 2015.


       /s/
SARAH A. L. MERRIAM
UNITED STATES MAGISTRATE JUDGE