```
                      UNITED STATES DISTRICT COURT
                        DISTRICT OF CONNECTICUT

------------------------------x
                              :
LISA ANN BRUNDAGE             :    Civ. No. 3:15CV00032(SALM)
                              :
v.                            :
                              :
CAROLYN W. COLVIN, ACTING     :
COMMISSIONER OF SOCIAL        :
SECURITY                      :    October 28, 2015
                              :
------------------------------x
```

## ORDER ON STIPULATION FOR ALLOWANCE OF FEES
## UNDER THE EQUAL ACCESS TO JUSTICE ACT

The parties' Stipulation for Allowance of Fees Under the Equal Access to Justice Act **[Doc. #22]** is hereby **SO ORDERED**, such that attorney's fees are awarded in the amount of $5,250.00 under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. §2412, in full and final satisfaction (upon payment) of any and all claims under the EAJA.

The parties stipulate and agree that, if, subsequent to the entry of the EAJA order, the Commissioner determines that plaintiff owes no debt to the government that would subject this award of attorney's fees to offset, the Commissioner may honor plaintiff's March 30, 2015, signed assignment of EAJA fees and pay EAJA fees directly to plaintiff's counsel.

Judgment in this case entered on August 18, 2015. The Court

1

notes that the application for fees, filed October 27, 2015, is timely because it was filed within 30 days of the expiration of the period within which an appeal of the judgment in this case could have been filed. See Melkonyan v. Sullivan, 501 U.S. 89, 102 (1991) ("In sentence four cases, the filing period begins after the final judgment ('affirming, modifying, or reversing') is entered by the court and the appeal period has run, so that the judgment is no longer appealable.").

This is not a Recommended Ruling. The parties consented to the entry of a final order and judgment by a Magistrate Judge on October 16, 2015. [Doc. #18].

SO ORDERED at New Haven this 28th day of October 2015.

_____
SARAH A. L. MERRIAM
UNITED STATES MAGISTRATE JUDGE